```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :    UNSEALING ORDER
                                 :
         - v. -                  :    S1 21 Cr. 249 (SHS)
                                 :
JAMES THOMAS,                    :
     a/k/a "Spazz,"              :
COURTNEY SCHLOSS,                :
     a/k/a "Bway,"               :
     a/k/a "Balenci," and        :
DUVAUGHN WILSON,                 :
                                 :
         Defendants.             :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Ashley C. Nicolas;

It is found that Superseding Indictment S1 21 Cr. 249 (SHS) (the "S1 Indictment") is currently sealed and the United States Attorney's Office has applied to have the S1 Indictment unsealed, it is therefore

ORDERED that the S1 Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       May 11, 2021

                                    _____
                                    HONORABLE SIDNEY H. STEIN
                                    UNITED STATES DISTRICT JUDGE