UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                :    21-Cr. 249 (SHS)

              -v-                        :    CONSENT TO PROCEED BY
                                              VIDEOCONFERENCE OR
JAMES THOMAS                             :    TELECONFERENCE

              Defendant.                 :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     Defendant **JAMES THOMAS** hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

 

s/s Sidney H. Stein
Defendant's Signature (Judge may obtain
Verbal consent on Record and Sign for Defendant

[Defense Counsel's Signature]

JAMES THOMAS
Print Defendant's Name

ROBERT A SOLOWAY
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

                                                           Sidney H. Stein

June 3, 2021
Date                                                         Sidney H. Stein, U.S.D.J.