```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
                                   :   UNSEALING ORDER
UNITED STATES OF AMERICA           :
                                   :   S3 21 Cr. 249 (SHS)
          - v. -                   :
                                   :
JAMES THOMAS,                      :
     a/k/a "Spazz,"                :
DUVAUGHN WILSON,                   :
     a/k/a "Dupree,"               :
COURTNEY SCHLOSS,                  :
     a/k/a "Bway,"                 :
     a/k/a "Balenci,"              :
KEN ALEXANDER,                     :
     a/k/a "Ryu,"                  :
ARGAM TAJ,                         :
     a/k/a "Sour,"                 :
SAMUEL TAJ,                        :
     a/k/a "Sosa,"                 :
CHRISTOPHER MACHADO,               :
     a/k/a "Chris Elite,"          :
HARLIE RAMOS,                      :
     a/k/a "White Girl," and       :
JAMEL THOMAS                       :
     a/k/a "Mel,"                  :
                                   :
          Defendants.              :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Ashley C. Nicolas;

It is found that Superseding Indictment S3 21 Cr. 249 (SHS) (the "S3 Indictment") is currently sealed and the United States Attorney's Office has applied to have the S3 Indictment unsealed, it is therefore

ORDERED that the S3 Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
      August 4, 2021

    HONORABLE ROBERT W. LEHRBURGER
    UNITED STATES MAGISTRATE JUDGE