# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

March 23, 2022

**BY ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. James Thomas
21 Cr. 249 (SHS)

Dear Judge Stein:

I am appointed counsel for James Thomas, the defendant in the above-captioned matter. I am writing to respectfully request that my associate, Rachel Perillo, Esq., appear on my behalf at the status conference scheduled for Wednesday, March 30th at 2:30 p.m. I am currently traveling on business in connection with investigations in a pending criminal matter in the Eastern District of New York.

Ms. Perillo is a 2014 New York Law School graduate and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern District of New York.

Thank you very much for your attention to this matter.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

RS/sc

**Request for Ms. Perillo to appear at the March 30th conference is granted.**

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.

Dated: New York, New York
       March 24, 2022