# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

## MEMO ENDORSED

August 17, 2022

**BY ECF**

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street.
New York, NY 10007-1312

Re: *United States v. Duvaughn Wilson*, et al.
Ind #: 21 Cr. 00249 (SHS)

Dear Judge Stein:

I represent James Thomas in the above referenced matter. Without government objection, by AUSA Ashley Nicolas, I write to respectfully request an extension of the sentencing hearing from September 7 to and including November 8, 2022, if that date is available for the Court. It is further requested that the defense sentencing submission be due on or before October 18 and the government submission on or before October 25, 2022.

Such additional time is needed by the defense for the gathering of important documents central to Mr. Thomas's sentencing positions. Thank you very much for your attention.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

**The sentencing is adjourned to November 9, 2022, at 2:30 p.m. The defense submission is due by October 18, the government submission is due by October 25.**

Dated: New York, New York
August 17, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.