UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,           :        21-Cr-249 (SHS)

      -against-                              :        <u>ORDER</u>

DUVAUGHN WILSON, ET AL.,            :

                Defendants.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendants in this matter will be sentenced on the dates set below. The sentencing submission dates remain as previously set.

| Defendant | Date |
|---|---|
| Duvaughn Wilson | November 9 at 9:30 a.m. |
| Ken Alexander | November 9 at 10:00 a.m. |
| Argam Taj | November 9 at 10:30 a.m. |
| Christopher Machado | November 9 at 11:00 a.m. |
| Samuel Taj | November 9 at 2:00 p.m. |
| Antonio Eady | November 9 at 2:30 p.m. |
| James Thomas | November 9 at 3:00 p.m. |
| Courtney Schloss | November 9 at 3:30 p.m. |
| Harlie Ramos | November 15 at 2:30 p.m. |

Dated: New York, New York
       September 1, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.